```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 18116
   MICHELLE RENEE HARRIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3309

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/06/2005 and was confirmed 03/29/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 04/09/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00            .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      7895.00            .00         7895.00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED            .00             .00
NORTHSIDE L FED CREDIT U  SECURED             782.19         162.32          782.19
JEFFERSON CAPITAL SYSTEM  UNSECURED           345.06            .00           61.40
NORTHSIDE L FED CREDIT U  UNSECURED          5091.69            .00          905.97
ECAST SETTLEMENT CORP     UNSECURED           141.59            .00           25.19
MARLIN E KIRBY            DEBTOR ATTY       2,150.00                       2,150.00
TOM VAUGHN                TRUSTEE                                            757.93
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             12,740.00

PRIORITY                                          .00
SECURED                                      8,677.19
   INTEREST                                    162.32
UNSECURED                                      992.56
ADMINISTRATIVE                               2,150.00
TRUSTEE COMPENSATION                           757.93
DEBTOR REFUND                                     .00
                    ---------------      ---------------
TOTALS              12,740.00                12,740.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18116 MICHELLE RENEE HARRIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 05 B 18116 MICHELLE RENEE HARRIS